# United States Court of Appeals

### For the Eighth Circuit

_____

No. 15-1522

_____

Kevin Fernandez

*Plaintiff - Appellant*

v.

State of North Dakota; North Dakota Department of Corrections and Rehabilitation; Leann K. Bertsch; Deputy Warden Branson; Unit Manager Conway; Deputy Warden Foster; Senior Correctional Officer Ross; Warden Schmalenberger; Correctional Caseworker Schwere

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of North Dakota - Bismarck

_____

Submitted: September 8, 2015
Filed: September 9, 2015
[Unpublished]

_____

Before WOLLMAN, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Inmate Kevin Fernandez appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having jurisdiction under 28 U.S.C. § 1291, this court has conducted de novo review of the record, *see Murchison v. Rogers*, 779 F.3d 882, 886-87 (8th Cir. 2015), and has carefully considered Fernandez's arguments for reversal.

The judgment is affirmed. *See* 8th Cir. R. 47B.

———————————————

[1]The Honorable Daniel L. Hovland, United States District Judge for the District of North Dakota, adopting the report and recommendations of the Honorable Charles S. Miller, Jr., United States Magistrate Judge for the District of North Dakota.